**STIP**
Keith E. Gregory, Esq.
Nevada State Bar No. 0232
**KEITH E. GREGORY & ASSOCIATES**
631 South 10th Street
Las Vegas, Nevada 89101
Telephone (702) 382-3636
Facsimile (702) 382-5400
keith@gregory-law.com
*Counsel for Plaintiff, Financial
Pacific Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CRUZ EXCAVATING, INC., dba ZEPHYR COMPANIES, INC., a Nevada corporation; SCOTT D. FREIDUS, individually; NAOMI FREIDUS, individually; VINCE SCOTT, individually; JOHN W. ZERWECK, individually; ZECAN PARTNERS, LLC, a Nevada limited liability company; SCOTT PROPERTIES AT TAHOE, a Nevada corporation; DOES I through XX, inclusive and ROE CORPORATIONS I through XX, inclusive,<br><br>    Defendants | Case No.: 3:10-cv-00707-RCJ-VPC |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Financial Pacific Insurance Company, a California Corporation by its counsel, Keith E. Gregory, Esq. of the law firm Keith E. Gregory & Associates, and Defendants, Cruz Excavating, Inc., dba Zephyr Companies, Inc, a Nevada Corporation, Scott D. Freidus, individually, Naomi Freidus, individually, John W. Zerweck, individually, Zecan Partners, LLC, a Nevada Limited Liability Company, Vince Scott, individually and Scott Properties at Tahoe, a Nevada Corporation by their counsel Devon T. Reese, Esq. of the Law Firm of Reese Kintz, LLC, that this case be dismissed without prejudice, each party to bear their own costs and attorney fees.

1

1  This Court is to reserve jurisdiction of this case to enforce the terms and conditions of the
2 Confession and Stipulation of Judgment and Order dated on November 29, 2011, and Addendum
3 dated January 21, 2013.

4  DATED this 28th day of January, 2013.

**KEITH E. GREGORY & ASSOCIATES**

*/s/ Keith E. Gregory*
Keith E. Gregory, Esq.
Nevada State Bar No. 0232
631 South 10th Street
Las Vegas, Nevada 89101
Telephone (702) 382-3636
Facsimile (702) 382-5400
keith@gregory-law.com
*Counsel for Plaintiff, Financial Pacific Insurance Company*

DATED this 24 day of January, 2013.

**REESE KINTZ, LLC**

*/s/ Devon T. Reese*
Devon T. Reese, Esq.
Nevada State Bar No. 7496
936 Southwood Blvd., Suite 301
Incline Village, NV 89451
*Counsel for Defendants* Cruz Excavating, Inc., dba Zephyr Companies, Inc., a Nevada Corporation; Scott D. Freidus, individually; Naomi Freidus, individually; Vince Scott, individually; John W. Zerweck, individually; Zecan Partners, LLC, a Nevada Limited Liability Company; and Scott Properties at Tahoe, a Nevada Corporation

## ORDER

BASED UPON THE FOREGOING STIPULATION and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED Defendants Cruz Excavating, Inc., dba Zephyr Companies, Inc, a Nevada Corporation, Scott D. Freidus, individually, Naomi Freidus, individually, John W. Zerweck, individually and Zecan Partners, LLC, a Nevada Limited Liability Company, Vince Scott, individually, and Scott Properties at

Tahoe, a Nevada Corporation, be dismissed, without prejudice, with each party to bear their own costs and attorneys fees.

IT IS FURTHER STIPULATED AND AGREED this Court will reserve jurisdiction to enforce the terms and conditions of the Confession and Stipulation to Judgment and Order filed on November 29, 2011 and Addendum dated January 21, 2013.

DATED this 20th day of February, 2013.

_____
ROBERT C. JONES,
U.S. DISTRICT COURT JUDGE